HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MICHAEL A. SULLIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00110 LJO |
|---|---|
| *Plaintiff,* | STIPULATION AND ORDER FOR RELEASE OF MICHAEL A. SULLIVAN TO TEEN CHALLENGE RESIDENTIAL SUBSTANCE ABUSE TREATMENT PROGRAM ON JULY 13, 2018 |
| vs. | |
| MICHAEL A. SULLIVAN, | |
| *Defendant.* | Hon. Lawrence J. O'Neill |

On June 25, 2018 Defendant Michael A. Sullivan appeared before the Honorable Lawrence J. O'Neill for sentencing on his violation of supervised release. The court indicated its belief that Sullivan was in need of long term residential substance abuse treatment and sentencing was continued to July 16, 2018, to allow an opportunity locate a suitable treatment program.

Mr. Sullivan has been interviewed and accepted for participation in the Teen Challenge 12-month residential treatment program, and they are currently holding a bed available for Mr. Sullivan. The program does not provide transportation, but Kevin Mitchel, a paralegal with the Office of the Federal Defender, is available to pick up Mr. Sullivan upon his release from custody at the Fresno County Jail, and to transport Sullivan directly to Central Valley Teen Challenge, 42675 Road 44, Reedley, California.

Based on the foregoing, it is hereby stipulated that Michel A. Sullivan's conditions of supervised release may be amended to include the condition that Sullivan shall "enroll in and

successfully complete all requirements of the Teen Challenge residential treatment program for a minimum of twelve months." This proposed order is submitted to authorize Sullivan's release from the Fresno County Jail on July 13, 2018, at 9:00 a.m., to the custody of Federal Defender employee Kevin Mitchel for transport directly to Central Valley Teen Challenge, 42675 Road 44, Reedley, California.. Mr. Sullivan shall remain in the custody of Kevin Mitchel and not be left alone from the time he exits the jail until he enters the program. All other conditions of Sullivan's supervised release not in conflict with this modification shall remain in full force and effect.

Respectfully submitted,

McGregor W. Scott
United States Attorney

DATED: July 12, 2018    By: /s/ *Ross Pearson*
    ROSS PEARSON
    Assistant U.S. Attorney
    Attorneys for Plaintiff

    HEATHER E. WILLIAMS
    Federal Defender

DATED: July 12, 2018    By: /s/ *Eric V. Kersten*
    ERIC V. KERSTEN
    Assistant Federal Defender
    Attorneys for Defendant
    Michael A. Sullivan

## **ORDER**

Defendant Michael A. Sullivan's conditions of supervised releases are so modified. Michael A. Sullivan shall be released from the Fresno County Jail to the custody Kevin Mitchel for transportation directly to the Teen Challenge residential substance abuse treatment program on July 13, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **July 12, 2018**          /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE